

# IN THE
# TENTH COURT OF APPEALS

### No. 10-24-00261-CR

## IN RE CHRISTIAN ESQUIVEL

### Original Proceeding

### From the 66th District Court
### Hill County, Texas
### Trial Court No. 30,367

## MEMORANDUM OPINION

Relator Christian Esquivel's petition for writ of mandamus, filed on August 19, 2024, is denied.

MATT JOHNSON
Chief Justice

Before Chief Justice Johnson,
       Justice Smith, and
       Justice Wright[1]
Petition denied
Opinion delivered and filed January 16, 2025
[OT06]

---

[1] The Honorable Jim R. Wright, Senior Chief Justice (Retired) of the Eleventh Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. See TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.